**People of the State of Illinois, Plaintiff-Appellee, v. Clarence Williams and A. J. Whitney, Defendants-Appellants.**

**Gen. Nos. 51,351, 51,352. (Abstract of Decision.)**

First District, Second Division.

July 23, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellants; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Robert B. Rosen, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.